# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STACY BRUBECK-GRIFFITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Case No. 4:22-cv-00521-SRB |
| EMPOWER RETIREMENT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1

PURSUANT TO Fed. R. Civ. P. 7.1, Defendant Empower Retirement, LLC ("Empower") and Defendant Mass Mutual Life Insurance Company ("Mass Mutual") (collectively, the "Defendants") state as follows:

Empower is a wholly-owned subsidiary of Empower Annuity Insurance Company of America ("EAICA"). EAICA is a wholly-owned subsidiary of Empower Holdings, Inc., which is not publicly traded. No publicly held corporation directly owns 10% or more of EAICA's stock. Empower Holdings, Inc. is indirectly owned by Great-West Lifeco Inc. ("Lifeco"). Lifeco's shares are traded publicly in Canada on the Toronto Stock Exchange. A majority of Lifeco's stock is owned by Power Financial Corporation, which in turn is wholly owned by Power Corporation of Canada ("Power"). Power's stock is also traded publicly in Canada on the Toronto Stock Exchange.

Mass Mutual does not have a parent corporation and is not publicly traded. No publicly held corporation owns 10% or more of its stock.

OP 3322244.1

September 9, 2022            Respectfully submitted,

SPENCER FANE LLP

*/s/ Kyle Klucas*
Douglas M. Weems        MO #41165
Gregory L. Ash          MO #51633
Kyle A. Klucas          MO #71973
1000 Walnut St., Suite 1400
Kansas City, MO 64106-2140
Telephone: (816-292-8264
Facsimile: (816) 474-3216
dweems@spencerfane.com
gash@spencerfane.com
kklucas@spencerfane.com
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 9th day of September, 2022, a true and correct copy of the foregoing was filed and served via the Court's electronic filing system.

*/s/ Kyle Klucas*
*Attorney for Defendants*